FILED'09 MAY 20 10:24USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

CHRIS HECHT,

          **Plaintiff,**

v.                                    Civil No. 09-6064-TC

NCO FINANCIAL SYSTEMS, INC.,

          **Defendant.**

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate final settlement within sixty (60) days of the date of this order. Each party shall bear its own costs and fees.

Dated: May 20, 2009.

        MARY MORAN, Acting Clerk of Court

        *Christine Weller*
        by
        Christine Weller, Deputy Clerk

**ORDER OF DISMISSAL**